# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARGARITO CORTEZ, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security. <br><br> Defendant. | Case No.: 1:14-cv-01016-SKO <br><br> **ORDER EXTENDING BRIEFING SCHEDULE** |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief by no later than April 8, 2015;
2. Defendant shall file an opposition brief by no later than May 11, 2015; and
3. Plaintiff may file an optional reply brief by no later than May 29, 2015.

IT IS SO ORDERED.

Dated: __March 4, 2015__          __/s/ Sheila K. Oberto__
                               UNITED STATES MAGISTRATE JUDGE