# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARGARITO CORTEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant.<br>_____/ | Case No. 1:14-cv-01016-SKO<br><br>**ORDER REQUIRING SERVICE OF PLAINTIFF'S COUNSEL'S MOTION AND MODIFICATION OF THE BRIEFING SCHEDULE** |

On April 8, 2015, Plaintiff's counsel filed a motion to withdraw as attorney of record for Plaintiff citing communication difficulties with his client. Plaintiff's counsel also sought a continuance of the parties' current briefing schedule. (Doc. 14.)

Any motion to withdraw as counsel must be served on the Plaintiff, and proof of service shall be filed on the docket. *See* U.S. District Court for the Eastern District of California's Local Rule 182(d). As such, Plaintiff's counsel shall promptly serve his motion and a copy of this order on Plaintiff and file proof of such service by no later than April 10, 2015. Plaintiff shall have until April 24, 2015, to file any opposition to his counsel's motion. If Plaintiff files a statement of

opposition, Plaintiff's counsel may file a written reply brief by no later than April 29, 2015, and the Court will set a hearing if one is deemed appropriate.  If no opposition is filed, the Court will consider the matter submitted for decision and will issue a written order.  The briefing schedule will be modified due Plaintiff's counsel's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's counsel shall serve his motion and a copy of this order upon Plaintiff and file a proof of that service by no later than April 10, 2015;

2. Plaintiff may file an opposition to Plaintiff's counsel's motion on or before April 24, 2015;[1]

3. If an opposition brief is filed, Plaintiff's counsel may file a reply brief on or before April 29, 2015;

4. A hearing on Plaintiff's counsel's motion will be set if appropriate; and

5. The current briefing schedule is modified as follows:

    a. Plaintiff shall file an opening brief on or before June 5, 2015;

    b. Defendant shall file a responsive brief on or before July 9, 2015; and

    c. Plaintiff may file an optional reply brief on or before July 27, 2015.

IT IS SO ORDERED.

Dated:   **April 10, 2015**                         **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant may also file an opposition brief to Plaintiff's counsel's motion.