# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARGARITO CORTEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>   Defendants.<br>_____/ | Case No. 1:14-cv-01016-SKO<br><br>**ORDER THAT PLAINTIFF FILE A WRITTEN STATEMENT SHOWING CAUSE WHY CASE SHOULD NOT BE DISMISSED OR THAT PLAINTIFF FILE AN OPENING BRIEF**<br><br>(Doc. 19) |

On June 27, 2014, Plaintiff, while represented by counsel and *in forma pauperis*, filed the present action in this Court. (Doc. 1.) Plaintiff seeks review of the Commissioner's denial of his application for benefits. (Doc. 1.) On March 3, 2015, Plaintiff filed a stipulation and proposed order requesting an extension of the briefing schedule. (Docs. 12; 13.)

On April 8, 2015, Plaintiff's counsel filed a motion to withdraw as attorney of record, stating that the attorney-client relationship had deteriorated and counsel was no longer able to proceed in representing Plaintiff's interests. (Doc. 14.) In light of the pending motion to withdraw, the briefing schedule was modified to require Plaintiff to file and serve his opening brief by no later than June 5, 2015. (Doc. 15.) Plaintiff's counsel was permitted to withdraw as attorney of record on April 29, 2015 (Doc. 17), and Plaintiff was served with an Informational Order for Pro Se Litigants on May 12, 2015 (Doc. 18.)

1  The Informational Order detailed Plaintiff's responsibilities as a pro se litigant, including the substantive requirements of an opening brief, and required that the opening brief be filed and served by no later than June 5, 2015. (Doc. 18, pp. 2-3.) Plaintiff was further advised of the deadlines for the Commissioner's responsive brief, July 9, 2015, and for any reply brief, July 27, 2015. (Doc. 18, pp. 2-3.) These deadlines were also set forth on page 3 of the Informational Order, and this order was served on Plaintiff. (Doc. 18, p. 3.)

On June 5, 2015, Plaintiff failed to file and serve his opening brief with the Court and on opposing counsel. (*See* Docket.) Therefore, Plaintiff is ordered to show cause, if any, why the action should not be dismissed for failure to comply with the Court's April 13, 2015, Order Modifying the Briefing Schedule (Doc. 15). Alternatively, Plaintiff may file an opening brief.

Accordingly, it is HEREBY ORDERED that:

1. By no later than **July 10, 2015**, Plaintiff shall **either**
   a. file a written response to this Order to Show Cause; **or**
   b. file an Opening Brief conforming with the requirements set out in the Informational Order.
2. Failure to respond to this Order to Show Cause will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **June 25, 2015**            /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE

2